ALBANY DISCOUNT CORPORATION, Appellant, v. STATE OF NEW YORK NATIONAL BANK, Respondent.-

Bergan, P. J., Coon, Gibson and Reynolds, JJ., concur.